## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MASSACHUSETTS

Civil Action NO. 04-12101 NG

| | |
|---|---|
| GAYLE L. BAILEY,<br>Plaintiff<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>And, MELISSA PARENT, in her<br>Official and Individual Capacity,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)  NOTICE OF APPEARANCE BY<br>)  ATTORNEY MARIA MURBER<br>)  and CO-COUNSEL,<br>)  EUGENE C. JOHNSON<br>)<br>) |

**Please** enter my appearance as Attorney for the Plaintiff, Gayle L. Bailey, and Eugene C. Johnson, as Co-Counsel, in connection with the above-captioned matter.

**RESPECTFULLY SUBMITTED**

GAYLE L. BAILEY, Plaintiff

By Her Attorney,                          AND, Co-Counsel,
**MARIA MURBER**                          **EUGENE C. JOHNSON**


'/s/ Maria Murber'

_____    _____
Law Offices of Maria Murber (BBO #: 659735)   Eugene C. Johnson, (BBO#: 659713)
264 Broadway, Suite 602                  264 Broadway, Suite 502
Methuen, MA  01844                       Methuen, MA  01844
Telephone No.: (978) 691-0030            Telephone No.: (978) 691-5544
Facsimile No.: (978) 691-0031

December 2, 2004