AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  12-16-04 |
| NAME OF SERVER (PRINT)  MARIA MURBER, Esquire | TITLE  Counsel For Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. (as to Defendant Melissa Parent)

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  By Registered MAIL (All other defendants of U.S.)

**UNITED STATES DISTRICT COURT**
**District of Massachusetts**
**Docket/Case No: 0412101NG**

I hereby certify and return that today, January 4, 2005, at 9:45 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named Melissa Parent, by leaving said copies at 146 Dalton St., Lowell, MA 01850 *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Melissa Parent, at 146 Dalton St., Lowell, MA 01850.

**Received phone call from Melissa Parent approximately two days later, acknowledging Subpoena left at last and usual place of abode.**

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on January 4, 2005.

*[signature]*

**Dean DeVito**, Constable
& Disinterested Person over Age 18.     Total Fees: $38.00
**Constable's Office**
16 Pine Street, #10
Lowell, MA, 01851
(978) 454-4635 , (978) 455-1042 Fax

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

**FOR THE EASTERN** District of **MASSACHUSETTS**

FILED
CLERKS OFFICE
2005 JAN 31 P 5:11
U.S. DISTRICT COURT
DISTRICT OF MASS

GAYLE L. BAILEY

v.

UNITED STATES OF AMERICA, MELISSA PARENT, IN HER OFFICIAL and INDIVIDUAL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-12101 NG

**04-12101 NG**

TO: (Name and address of Defendant(s))

U.S. NAVY
United States of America
c/o Attorney General of The U.S.
Department of Justice
950 Pennsylvania Ave.,
N.W., Washington, D.C. 20530-0001

(By Registered mail)

U.S. States Atty, Civ. Process Clerk, U.S. Courthouse, Ste 9200, 1 Courthouse Way, Boston, MA 02210

Melissa Parent, Employee + Individually
U.S. NAVY Recruiting Station, 146 Dalton St.
101 Middle Street
Lowell, MA 01852
Lowell, MA 01851

Commanding Officer
Naval Legal Service Office, Mid-Atlantic
Claims Dept.
9620 Maryland Ave
Suite 100
Norfolk, VA 23511-2989

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MARIA MURBER, ESQ.
LAW OFFICES OF MARIA MURBER
264 BROADWAY, SUITE 602
METHUEN, MA 01844

an answer to the complaint which is served on you with this summons, within **30** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 10/1/2004