PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

2. Article Number
(Transfer from service label)

1. Article Addressed to:

Attorney General of The
United States
Dept. of Justice - Civil
Process Check
950 Pennsylvania Ave. N.W.
Washington, DC 20530-0001

3. Service Type
☐ Express Mail        ☐ Certified Mail
☑ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)        ☐ Yes

A. Signature
X        ☐ Agent
        ☐ Addressee
B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MARIA MURBER, ESQ.
LAW OFFICES OF MARIA MURBER
264 Broadway, Ste 602
METHUEN, MA 01844

RE: BAILEY

2005 JAN 31 P 5:11
U.S. DISTRICT COURT
DISTRICT OF MASS
FILED CLERKS OFFICE