**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Ana C Dorsey   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   Alma C Dorsey
C. Date of Delivery   4·30·04

1. Article Addressed to:

Commanding Officer
Naval Legal Service Office
Mid-Atlantic/Claims Dept.
9620 Maryland Ave,
Suite 100
Norfolk, VA 23511-2989

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☒ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Maria Murgeis, Esq.
Law Offices of Maria Murgeis
26¼ Broadway, Ste 602
Methuen, MA 01844

Re: Bailey

