| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *M. Ramis*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>United STATES Attorney<br>Attn.: Civil Process Clerk<br>U.S. Courthouse, Ste 9200<br>1 Courthouse WAY<br>Boston, MA 02210 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail |
| 2. Article Number<br>(Transfer from service label) | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |

Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

MARIA MURSER, Esq.
Law Offices of Maria Murser
264 Broadway Ste 602

• Sender: Please print your name, address, and ZIP+4 in this box •

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES POSTAL SERVICE