**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United STATES Attorney
Attn.: Civil Process Clerk
U.S. Courthouse, Ste 9200
1 Courthouse WAY
Boston, MA 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  M. Ramis    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☒ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

MARIA MURSER, Esq.
Law Offices of MARIA MURSER
264 Broadway, Ste 602
WE THINK ... 8744

- Sender: Please print your name, address, and ZIP+4 in this box •

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES POSTAL SERVICE