UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAYLE L. BAILEY,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA AND<br>MELISSA PARENT<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-12101-NG<br>)<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION FOR EXTENSION OF TIME**
**TO ANSWER AND/OR OTHERWISE RESPOND**

The United States respectfully requests an extension of time up to, and including, March 11, 2005, to answer or otherwise respond to the plaintiff's Amended Complaint. Counsel for the United States conferred with counsel for the plaintiff on February 17, 2005. Counsel for the plaintiff assents to the extension of time.

This action is the result of a motor vehicle accident in Lowell, Massachusetts involving the plaintiff and a motor vehicle owned by the United States Navy. This action arises under the Federal Tort Claims Act, 28 U.S.C. § 2671, et seq. The parties have agreed to the extension of time for the defendants to respond to the plaintiff's Amended Complaint in hopes of resolving the dispute without further litigation.

\\

\\

\\

\\

\\

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                                 /s/ Jeffrey M. Cohen
                          By: Jeffrey M. Cohen
                              Assistant U.S. Attorney
                              John Joseph Moakley Federal Courthouse
                              One Courthouse Way, Suite 9200
                              Boston, MA   02210
Dated: February 17, 2005      (617) 748-3100
```

## CERTIFICATION UNDER L.R. 7.1

I, Jeffrey M. Cohen, Assistant United States Attorney, do hereby state that on February 17, 2005, I spoke with Attorney Maria Murber and she assented to this Motion for Extension of Time.

```
                                 /s/ Jeffrey M. Cohen
                              Jeffrey M. Cohen
                              Assistant U.S. Attorney
```

## CERTIFICATE OF SERVICE

I certify that on February 17, 2005, I caused a copy of the foregoing Motion to be served on Plaintiff by first class mail, postage pre-paid to Maria Murber, 264 Broadway, Suite 602, Methuen, MA 01844.

```
                                 /s/ Jeffrey M. Cohen
                              Jeffrey M. Cohen
                              Assistant U.S. Attorney
```