UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAYLE L. BAILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 04-12101-NG |
| UNITED STATES OF AMERICA AND | ) |
| MELISSA PARENT | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATION OF MICHAEL J. SULLIVAN

I, Michael J. Sullivan, United States Attorney for the District of Massachusetts, pursuant to the provisions of 28 U.S.C. § 2679, and by virtue of the authority vested in the United States Attorney by the Assistant Attorney General under 28 C.F.R. § 15.3, hereby certify that I have read the plaintiff's Complaint in this action. On the basis of the information now available with respect to the incidents referred to therein, I find that the individual federal defendant, Melissa Parent, was acting within the scope of her employment and office as an employee of the United States at the time that the incident out of which plaintiff's claims arose occurred.

Dated:     March _____, 2005.
           Boston, Massachusetts

                                          _____
                                          Michael J. Sullivan
                                          United States Attorney
                                          United States Courthouse
                                          1 Courthouse Way, Suite 9200
                                          Boston, Massachusetts 02210
                                          (617) 748-3100