UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

Civil Action NO: 04-12101 NG

| | |
|---|---|
| GAYLE BAILEY<br>Plaintiff | )<br>)<br>)<br>)<br>) |
| vs. | )<br>) |
| UNITED STATES OF AMERICA,<br>And, MELISSA PARENT, in her<br>Official and Individual Capacity,<br>Defendant | )<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF CO-COUNSEL

Please enter my appearance as co-counsel for the Plaintiff, Gayle Bailey, in connection with the above-captioned matter.

Respectfully Submitted

Usha Venkatesh
Co-Counsel on behalf of
Plaintiff, Gayle Bailey

*Usha Venkatesh*
Usha Venkatesh BBO # 659634
264 Broadway, Suite 501
Methuen, MA 01844
Telephone # 978-691-5110
Facsimile # 978-794-3741

August 1, 2005

## CERTIFICATE OF SERVICE

I, Usha Venkatesh, Co-Counsel for the Plaintiff, Gayle Bailey, hereby certify that on this 1st day of August, 2005, I mailed first class, postage pre-paid, a copy of the attached Notice of appearance of Co-Counsel to Defense Counsel of Record, Jeffrey M.Cohen, Assistant U.S. Attorney, John Joseph Moakley U.S. Courthouse, One Courthouse Way, Suite 9200, Boston, MA 02210.

*Usha Venkatesh*
Usha Venkatesh Esq.