UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GAYLE L. BAILEY,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-12101-NG<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE**

The United States respectfully requests a continuance of the scheduling conference set in the above captioned matter for October 12, 2005 at 2:15 p.m.  This action is the result of a motor vehicle accident in Lowell, Massachusetts involving the plaintiff and a motor vehicle owned by the United States Navy.  This action arises under the Federal Tort Claims Act, 28 U.S.C. § 2671, et seq.  Counsel for the United States will be out of the Commonwealth on October 12, 2005 and cannot be present at the scheduling conference.  Counsel for the United States conferred with counsel for the plaintiff on September 12, 2005.  Counsel for the plaintiff assents to the continuance to the following dates, if available: October 11, 17, 18, 20, or 21.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                                 /s/ Jeffrey M. Cohen
                  By:  Jeffrey M. Cohen
                              Assistant U.S. Attorney
                              John Joseph Moakley Federal Courthouse
                              One Courthouse Way, Suite 9200
                              Boston, MA  02210
Dated: September 13, 2005            (617) 748-3100

**CERTIFICATION UNDER L.R. 7.1**

I, Jeffrey M. Cohen, Assistant United States Attorney, do hereby state that on September 12, 2005, I spoke

with Attorney Maria Murber and she assented to this Motion.

                                                    /s/ Jeffrey M. Cohen
                                                  Jeffrey M. Cohen
                                                  Assistant U.S. Attorney