UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAYLE L. BAILEY, </br></br>         Plaintiff, </br></br> v. </br></br> UNITED STATES OF AMERICA </br></br>         Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 04-12101-NG </br> ) </br> ) </br> ) </br> ) |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that counsel for the defendant United States of America and an authorized representative of the United States of America have conferred regarding the matters described in Local Rule 16.1(D)(3)(a) and (b).

 /s/ Jeffrey M. Cohen                                   /s/ Kyle Guess
Jeffrey M. Cohen                                     Kyle Guess
Assistant United States Attorney         Tort Claims Attorney
                                                                 Department of the Navy

Dated:  October 18, 2005