This watermark does not appear in the registered version - http://www.clicktoconvert.com

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MASSACHUSETTS

**Civil Action No. 04-12101 NG**

|  |  |
|---|---|
| **GAYLE L. BAILEY,** | ) |
|  | ) |
| **Plaintiff** | ) |
|  | ) |
| vs. | ) |
|  | ) |
| **UNITED STATES OF AMERICA,** | ) |
|  | ) |
| **Defendants.** | ) |
|  | ) |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that counsel for the plaintiff Maria Murber and the Plaintiff, Gayle L. Bailey, have conferred regarding the matters described in Local Rule 16.1(D)(3)(a) and (b).

/s/ Maria Murber                                  /s/ Gayle L. Bailey
Maria Murber                                       Gayle L. Bailey,
Attorney for the Plaintiff                      Plaintiff

Dated: October 18, 2005