```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
GAYLE L. BAILEY,              )
                              )
     Plaintiff,               )
                              )    C.A. No. 04-12101-NG
v.                            )
                              )
UNITED STATES OF AMERICA,     )
                              )
     Defendant.               )
_____)
```

**SUBSTITUTION OF APPEARANCE**

To the Clerk:

    Please enter my appearance in the above-captioned case as counsel for the Defendant, United States of America, in substitution for Assistant United States Attorney Jeffrey M. Cohen.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney


                                      By: /s/ Rayford A. Farquhar
                                          Rayford A. Farquhar
                                          Assistant U.S. Attorney
                                          John J. Moakley U.S. Courthouse
                                          1 Courthouse Way, Suite 9200
                                          Boston, MA  02210
                                          (617) 748-3100

Dated: October 21, 2005

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was served upon Plaintiff's counsel, Maria Murber, Law Offices of Maria Murber, 264 Broadway, Suite 602, Methuen, MA 01844 and Usha Venkatesh, Law Offices of Usha Venkatesh, 264 Broadway, Suite 501, Methuen, MA 01844, by first class mail, postage prepaid.

    /s/ Rayford A. Farquhar
    Rayford A. Farquhar
    Assistant U.S. Attorney