UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAYLE L. BAILEY, )<br>)<br>      Plaintiff, )<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>et al., )<br>)<br>      Defendants. ) | CIVIL ACTION<br>NO. 04-12101-NG |

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE GERTNER

[ ] The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X] On _September 22, 2006_, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION

    __X__ MEDIATION      _____ SUMMARY BENCH/JURY TRIAL

    _____ MINI-TRIAL      _____ SETTLEMENT CONFERENCE

All parties were were present in person or by authorized corporate officer, except the defendant, Melissa Parent, but all parties were represented by counsel.

The case was:

[X] Settled. Your clerk should enter a 60-day order of dismissal.

[ ] There was progress. A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[ ] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:

_____
_____

DATED: September 22, 2006

                             / s / Judith Gail Dein
                          Judith Gail Dein, U.S. Magistrate Judge
                          ADR Provider