# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

GAYLE L. BAILEY
       Plaintiff

V.

UNITED STATES OF AMERICA, et al
       Defendant

CIVIL ACTION

NO. 04cv12101NG

## SETTLEMENT ORDER OF DISMISSAL

GERTNER, D. J.

The Court having been advised on 9/22/2006 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

9/25/2006
Date

/s/ JENNIFER FILO
Deputy Clerk

(Dismissal Settlement.wpd - 12/98)